UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 04, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| Alonzo Quema, | § | |
| Plaintiff, | § | |
| versus | § | Civil Action H-18-371 |
| Fu Fu Café, Inc., | § | |
| Defendant. | § | |

## Final Dismissal

1. On the agreement of the parties, this case is dismissed with prejudice. (11)

2. The court approves the settlement.

3. This court retains jurisdiction to enforce the settlement.

4. The conference of May 7, 2018, is cancelled.

Signed on May 4, 2018, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge